IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>National Waterproofing & Roofing LLC,<br><br>           Defendants. | No. CV-21-01537-PHX-SPL<br><br>**ORDER** |

Having been advised that the parties have reached a settlement in this case (Doc. 49),

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **September 1. 2023** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 11th day of August, 2023.

Honorable Steven P. Logan
United States District Judge