Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris and Jason McCoy, Each Individually, and on Behalf of All Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Waterproofing & Roofing, LLC, and Kirk Poteet,<br><br>Defendants. | No. 2:21-cv-01537-SPL<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT** |

Plaintiffs Darwin Harris and Jason McCoy ("Plaintiffs"), and Defendants National Waterproofing & Roofing, LLC and Kirk Poteet, by and through their undersigned counsel, submit the following Motion for Extension of Time to File Motion for Approval of Settlement:

1. On August 11, 2023, the Parties participated in a Zoom settlement conference before United States Magistrate Judge Michael T. Morrissey, during which the Parties were successful in their efforts to reach a settlement in principle of the case.

1

2. The Court acknowledged the Parties' settlement and entered an Order setting the deadline for filing of a motion and order to approve the settlement as September 1. *See* ECF No. 50.

3. The Parties have drafted a settlement agreement document. However, the Parties require additional time in order to edit the document to the satisfaction of all Parties.

4. Accordingly, the Parties request that the Court allow them an additional twenty-one (21) days from the filing of this Motion for Extension to edit and fully execute their agreement and to file a Joint Motion for Approval of Settlement.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of a Joint Motion for Approval for twenty-one (21) days, to September 21, 2023.

DATED this 31st day of August 2023.

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: *s/ Sean Short*<br>Sean Short<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>(501) 221-0088<br><br>*Attorney for Plaintiff* | By: */s/ Douglas Lynn*<br>Thomas M. Stanek<br>Douglas (Trey) Lynn<br>2415 E. Camelback Road, Suite 800<br>Phoenix, AZ 85016<br><br>*Attorneys for Defendants National Waterproofing & Roofing, LLC and Kirk Poteet* |

## **CERTIFICATE OF SERVICE**

I, Sean Short, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on August 31, 2023, to the attorneys of record in this matter.

    */s/ Sean Short*
    **Sean Short**