Sean Short (Ark. Bar No. 2015079)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
sean@sanfordlawfirm.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris and Jason McCoy, Each Individually, and on Behalf of All Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Waterproofing & Roofing, LLC, and Kirk Poteet,<br><br>Defendants. | No. 2:21-cv-01537-SPL<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT** |

Having considered Plaintiffs' and Defendant's Joint Motion for Extension of Time to File Motion for Approval of Settlement (ECF No. 51), this Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that the parties shall file their Motion for Approval of Settlement on or before September 21, 2023.

DATED this ___ day of _____ 2023.

_____
**HON. STEVEN P LOGAN
UNITED STATES DISTRICT JUDGE**