IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris, et al., | No.  CV-21-01537-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| National Waterproofing & Roofing LLC, | |
| Defendants. | |

Having considered the Joint Motion for Extension (Doc. 51),

**IT IS ORDERED** that the Joint Motion for Extension (Doc. 51) is **granted**. This case will be dismissed *with prejudice* on **September 21, 2023** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 1st day of September, 2023.

Honorable Steven P. Logan
United States District Judge