IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris, et al., </br></br> Plaintiffs, </br></br> vs. </br></br> National Waterproofing & Roofing LLC, </br></br> Defendants. | No. CV-21-01537-PHX-SPL </br></br> **ORDER** |

Having considered the Joint Motion for Extension (Doc. 53),

**IT IS ORDERED** that the Joint Motion for Extension (Doc. 53) is **granted**. This case will be dismissed *with prejudice* on **October 12, 2023** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 21st day of September, 2023.

Honorable Steven P. Logan
United States District Judge