# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris and Jason McCoy, Each Individually, and on Behalf of All Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>National Waterproofing & Roofing, LLC, and Kirk Poteet,<br><br>Defendants. | No. 2:21-cv-01537-SPL<br><br>**ORDER** |

The Court having considered the Joint Motion to Approve Confidential FLSA Settlement Agreement and for Dismissal with Prejudice ("Joint Motion") (Doc. ), and good cause appearing,

**IT IS HEREBY ORDERED** that the Joint Motion is granted.

**IT IS FURTHER ORDERED** dismissing this matter with prejudice.