IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris, et al., | No. CV-21-01537-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| National Waterproofing & Roofing LLC, et al., | |
| Defendants. | |

On September 9, 2021, Plaintiffs filed a complaint against Defendants alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and violations of the Arizona Minimum Wage Act, A.R.S. § 23-363 (Doc. 1). The parties have notified the Court that they have reached a final settlement that resolves this action and have filed a joint motion requesting that the Court approve their settlement agreement (Doc. 55). *See Juvera v. Salcido*, No. CV-11-2119-PHX-LOA, 2013 WL 6628039, at *3 (D. Ariz. Dec. 17, 2013) ("Unlike most private settlements negotiated between parties in a civil action for damages, in a FLSA case or class action, the parties must seek the district court's approval of the settlement's terms to ensure that it is enforceable and fair."); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness."); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x 682, 683 (9th Cir. 2015) ("FLSA claims may not be settled without approval of either the Secretary of

Labor or a district court.").

Although the parties emailed the Court a copy of the confidential settlement agreement, it has not been lodged on the docket with a request to file under seal, and it is not clear if the parties are requesting for the Court review it *in camera*. Accordingly,

**IT IS ORDERED** that the parties shall either lodge the settlement agreement on the docket with a request to file under seal, or file a motion for the Court to review the agreement *in camera*, no later than **November 10, 2023**.

Dated this 2nd day of November, 2023.

Honorable Steven P. Logan
United States District Judge