Thomas M. Stanek, SBN 20018
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Facsimile:   602-778-3750
thomas.stanek@ogletree.com
trey.lynn@ogletree.com

Attorneys for Defendants National
Waterproofing & Roofing, LLC and
Kirk Poteet

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris and Jason McCoy, Each Individually, and on Behalf of All Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>National Waterproofing & Roofing, LLC, and Kirk Poteet,<br><br>　　　　Defendants. | No.  2:21-cv-01537-SPL<br><br>**JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL** |

Pursuant to the Court's Order dated November 2, 2023, Plaintiffs Darwin Harris and Jason McCoy and Defendants National Waterproofing & Roofing, LLC and Kirk Poteet hereby jointly move the Court to file the parties' Confidential Settlement Agreement and General Release ("Agreement") under seal. The ability to review and consider the information and document will assist the Court in its consideration of the parties' Joint Motion to Approve Confidential FLSA Settlement Agreement and for Dismissal with Prejudice, filed on October 11, 2023 [Doc. 55].

The Ninth Circuit has recognized the authority of district courts to protect confidential settlement agreements. *Alcaide v. Thomas*, 2015 WL 6087560, at *3 (D. Ariz. Oct. 16, 2015) (citing *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206,

1212 (9th Cir. 2002)). Although there is a general right of access to records in civil proceedings, "th[e] right is not absolute [and] parties may request the court to seal all or part of the record." *El Paso Nat. Gas Co. v. Sw. Forest Prods., Inc.*, 2008 WL 4808892, at *1 (D. Ariz. Oct. 29, 2008) (citing *Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 598 (1978)).

Accordingly, the parties request leave to file the Agreement under seal. A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 9th day of November 2023.

| SANFORD LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Sean Short          (*w/permission*)<br>Sean Short<br>Kirkpatrick Plaza - Suite 510<br>10800 Financial Centre Pkwy.<br>Little Rock, AR 72211 | By: /s/ Douglas (Trey) Lynn<br>Thomas M. Stanek<br>Douglas (Trey) Lynn<br>2415 E. Camelback Road, Suite 800<br>Phoenix, AZ 85016 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants National Waterproofing & Roofing, LLC and Kirk Poteet* |