UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris and Jason McCoy, Each Individually, and on Behalf of All Similarly Situated,, <br><br> Plaintiffs, <br><br> v. <br><br> National Waterproofing & Roofing, LLC, and Kirk Poteet, <br><br> Defendants. | No. 2:21-cv-01537-SPL <br><br> **ORDER** |

The Court having considered the parties Joint Motion to File Settlement Agreement Under Seal ("Joint Motion") (Doc. ), and good cause appearing,

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED.

**IT IS FURTHER ORDERED** directing the Clerk to file the Confidential Settlement Agreement and General Release under seal.