IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris, et al., | No.  CV-21-01537-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| National Waterproofing & Roofing LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Seal (Doc. 57). Having considered this request,

**IT IS ORDERED** that the Motion to Seal (Doc. 57) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file the Confidential Settlement Agreement and General Release (lodged at Doc. 58) **under seal**.

Dated this 9th day of November, 2023.

Honorable Steven P. Logan
United States District Judge