1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8    Darwin Harris, et al.,                    )    No.  CV-21-01537-PHX-SPL
                                                )
9                                               )
                     Plaintiffs,                )    **ORDER**
10                                              )
     vs.                                        )
11                                              )
                                                )
12   National Waterproofing & Roofing           )
     LLC, et al.,                               )
                                                )
13                                              )
                     Defendants.                )
14

15          On September 9, 2021, Plaintiffs filed a complaint against Defendants alleging

16   violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and

17   violations of the Arizona Minimum Wage Act, A.R.S. § 23-363 (Doc. 1). The parties have

18   notified the Court that they have reached a final settlement that resolves this action and

19   have filed a joint motion requesting that the Court approve their settlement agreement

20   (Doc. 55). *See Juvera v. Salcido*, No. CV-11-2119-PHX-LOA, 2013 WL 6628039, at *3

21   (D. Ariz. Dec. 17, 2013) ("Unlike most private settlements negotiated between parties in a

22   civil action for damages, in a FLSA case or class action, the parties must seek the district

23   court's approval of the settlement's terms to ensure that it is enforceable and fair."); *Lynn's*

24   *Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) ("When employees bring

25   a private action for back wages under the FLSA, and present to the district court a proposed

26   settlement, the district court may enter a stipulated judgment after scrutinizing the

27   settlement for fairness."); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x 682, 683 (9th

28   Cir. 2015) ("FLSA claims may not be settled without approval of either the Secretary of

Labor or a district court."). Having considered the parties' filings and finding that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA,

**IT IS ORDERED** that the parties' Joint Motion to Approve Confidential FLSA Settlement Agreement and for Dismissal with Prejudice (Doc. 55) is **granted** and the matter is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this case and enter judgment accordingly.

Dated this 21st day of November, 2023.

Honorable Steven P. Logan
United States District Judge