# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darwin Harris, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>National Waterproofing & Roofing LLC, et al.,<br><br>    Defendants. | NO. CV-21-01537-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 21, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

November 21, 2023

                                                s/ S. Ferdig
                                    By  Deputy Clerk